EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | |
|---|---|
| | 2011 TSPR 113 |
| | 182 DPR ____ |
| Carlos E. Rivera Rodríguez | |

Número del Caso: TS-8718

Fecha: 5 de agosto de 2011

Abogado de la Parte Peticionaria:

    Por derecho propio

Colegio de Abogados

    Lcda. Carmen I. Navas
    Procuradora del Abogado

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos E. Rivera Rodríguez

TS-8718

Sala de Verano integrada por la Juez Asociada señora Rodríguez Rodríguez, como su Presidenta, la Jueza Asociada señora Pabón Charneco y los Jueces Asociados señores Rivera García y Feliberti Cintrón

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de agosto de 2011.

Examinada la *Solicitud de Readmisión al Ejercicio de la Abogacía* presentada por el peticionario, se autoriza la reinstalación del señor Carlos E. Rivera Rodríguez al ejercicio de la abogacía. Además, se le informa que se activarán todas las quejas y querellas que tiene pendiente ante este Tribunal.

Por otro lado, se le otorga al Colegio de Abogados de Puerto Rico un término de quince (15) días para que exprese su opinión sobre las quejas desistidas por los señores Luis Ángel Troche Vázquez, Ricardo Rosa Amador y Ayram M. Aguila Avilés.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina